JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS R. NAVARRO,<br><br>        Plaintiff,<br><br>vs.<br><br>RODNEY G. JONES, CITY OF FONTANA, CALIFORNIA, FOUR UNKNOWN FONTANA POLICE OFFICERS, and DOES 1-10, Inclusive<br><br>        Defendants. | Case No.: EDCV 15-01650 GW (GJSx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS CITY OF FONTANA AND CHIEF RODNEY JONES**<br><br>Date: November 3, 2016<br>Time: 8:30 am<br>Courtroom: 10<br><br>TRIAL DATE: November 15, 2016<br><br>**MATTER FOR DETERMINATION BEFORE THE HONORABLE GEORGE H. WU** |

# JUDGMENT

After full consideration of the briefing submitted on the Motion for Summary Judgment by Defendants City of Fontana and Chief Rodney G. Jones, the Court finds there is no triable issue of material fact as to either Defendant, and Defendants City of Fontana and Chief Rodney G. Jones are entitled to summary judgment as a matter of law; and

After full consideration of the October 6, 2016, Report and Recommendation by Magistrate Judge Standish, the Court adopts the recommendations and dismisses this case with prejudice for Plaintiff's failure to cooperate in discovery.

Therefore, for the reasons set forth in the Court's Order, dated November 3, 2016, it is ORDERED, ADJUDGED, AND DECREED that:

1. Defendants City of Fontana and Chief Rodney G. Jones's Motion for Summary Judgment is granted in its entirety;
2. This case is dismissed with prejudice based upon the Court's adoption of the October 6, 2016, Report and Recommendation by Magistrate Judge Standish.
3. Judgment is entered this date in favor of Defendants City of Fontana and Chief Rodney G. Jones;
4. Plaintiff recovers nothing by his suit; and

5. Defendants City of Fontana and Chief Rodney G. Jones are entitled to recover all costs and charges expended pursuant to statute.

**IT IS SO ORDERED.**

DATED: November 8, 2016   _____
   HONORABLE GEORGE H. WU
   United States District Judge

Submitted by:

LAWRENCE BEACH ALLEN & CHOI, PC


By   /s/ Christina M. Sprenger
   DAVID D. LAWRENCE
   CHRISTINA M. SPRENGER
   DANIEL S. CHA
   Attorneys for Defendants,
   CITY OF FONTANA and CHIEF RODNEY G. JONES